SAMUEL H. FINKLE, Respondent, v. WESTCHESTER NEWSPAPERS, INC., Appellant. — Order striking out the first, second and third complete defenses reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The word " racket " has several meanings. The meaning for which the plaintiff contends is that it is the engaging in an occupation to make money illegitimately, and implies continuity of behavior. The less recent meaning, for which the defendant contends, is that it is a trick, or a dodge, or a scheme, and that in the context in which it was used it had reference to the single incident which precipitated the publication, and does not necessarily imply continuity of behavior. Which meaning should be accepted is a question of fact for the jury. Since the meaning for which the defendant contends is permissible of acceptance by a jury, the defenses as a matter of pleading are as broad as the publication of which the plaintiff complains. (*Foley* v. *Press Publishing Co.*, 226 App. Div. 535, 541; *Rovira* v. *Boget*, 240 N. Y. 314.) Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

FLATBUSH INVESTING CORPORATION, Appellant, v. VIDA A. CURREN, Respondent, and HAROLD S. LEHTMAN and Others, Defendants, Impleaded with ANTHONY M. PAPAVERO and PAPAVERO REALTY CO., INC., Appellants.— Order opening default reversed on the law and the facts, and motion to vacate the sale and to open defendant Curren's default denied. The filing by defendant Curren of a proof of claim in the surplus money proceedings and her active participation therein, as indicated by the filed records (which were received in evidence but not printed in the record and have been examined by the court), resulting in a payment of a large part of the surplus moneys to lienors whose claims she conceded on the hearing before the referee in the surplus-money proceedings, must be deemed an election by her to proceed in the surplus-money proceedings, thus ratifying the sale under the judgment of foreclosure and sale. Lazansky, P. J., Hagarty, Tompkins and Davis, JJ., concur; Kapper, J., not voting.

MARGARET BELLE GUILER, Appellant, v. DANIEL S. WOOLLEY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

RICHARD L. GUILER, Appellant, v. DANIEL S. WOOLLEY, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.